■ MINERVA GARCIA, Appellant, v CITY UNIVERSITY OF NEW YORK et al., Respondents. [26 NYS3d 36]—

Appeal from order, Supreme Court, New York County (Donna M. Mills, J.), entered September 26, 2014, which granted defendants' motion for summary judgment dismissing the amended complaint and denied plaintiff's cross motion for leave to serve a second amended complaint, deemed an appeal from judgment, same court and Justice, entered October 15, 2014, and so considered, said judgment unanimously affirmed, without costs.

The motion court correctly dismissed plaintiff's disability discrimination claims sounding under Executive Law § 296 (4) of the New York State Human Rights Law (HRL). Defendants are public educational institutions (*see* Education Law § 6201 *et seq.*), and therefore are not "education corporation[s] or association[s]" under Executive Law § 296 (4) (*see Matter of North Syracuse Cent. School Dist. v New York State Div. of Human Rights*, 19 NY3d 481 [2012]; *Kelly G. v Board of Educ. of City of Yonkers*, 99 AD3d 756, 758 [2d Dept 2012]).

Even if plaintiff could assert her claims under the State HRL, she has failed to make out a prima facie case of disability discrimination (*see Matter of McEniry v Landi*, 84 NY2d 554, 558 [1994]). Among other things, plaintiff has failed to point to any medical evidence showing that she suffered from bipolar disorder, depression, or any other cognizable disability.

Plaintiff's proposed disability discrimination claims under the Americans with Disabilities Act (ADA) are similarly without merit, as ADA claims "are governed by the same legal standards" as disability discrimination claims under the State HRL (*Pimentel v Citibank, N.A.*, 29 AD3d 141, 147 n 2 [1st Dept 2006], *lv denied* 7 NY3d 707 [2006]). Accordingly, the motion court providently exercised its discretion in denying plaintiff's cross motion for leave to assert those claims in a second amended complaint (*see Eighth Ave. Garage Corp. v H.K.L. Realty Corp.*, 60 AD3d 404, 405 [1st Dept 2009], *lv dismissed* 12 NY3d 880 [2009]). Concur—Tom, J.P., Andrias, Moskowitz and Richter, JJ.